UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, suing on behalf of its members,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SIXTH AVENUE PHARMACY; JOHN J. CHAPPEL; LOECHLER LLC; DOES 1 THROUGH 10, inclusive,<br><br>　　　　　　　　　　　　Defendant. | Civil No.　07-cv-0346-BTM (POR)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE AND VACATING CASE MANAGEMENT CONFERENCE** |

Counsel for all parties have contacted the Court and represented that this case has settled. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable Barry Ted Moskowitz on or before **August 10, 2007**. A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before August 10, 2007, then a Settlement Disposition Conference shall be held on **August 13, 2007,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal is received on or before August 10, 2007, the Settlement Disposition Conference shall be VACATED without further court order.

- 1 -

07cv346

1  4.  The Case Management Conference set for August 8, 2007 at 9:30 a.m. pursuant to
2  Federal Rule of Civil Procedure 16(b), shall be VACATED.
3
4  DATED: July 31, 2007
5
6  _____
   LOUISA S PORTER
7  United States Magistrate Judge
8  cc:  The Honorable Barry Ted Moskowitz
9       all parties
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -                                                                  07cv346