# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRIPPLE AAA ASSOCIATION FOR CHILDREN AND ADULTS WITH DEVELOPMENTAL DISABILITIES, SUING ON BEHALF OF ITS MEMBERS,**<br><br>           Plaintiffs,<br><br>v.<br><br>**LOECHLER LLC; SIXTH AVENUE PHARMACY; JOHN J. CHAPPEL;** And **DOES 1 THROUGH 10,** Inclusive<br><br>           Defendants. | Case No.: 07cv0346 BTM (POR)<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion for Dismissal that all Defendants are hereby dismissed with prejudice from Plaintiffs' Complaint, Case Number: 07CV0346 BTM (POR). Additionally, Plaintiffs' Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: August 29, 2007

                              _____
                              HONORABLE BARRY T. MOSKOWITZ
                              UNITED STATES DISTRICT COURT JUDGE